**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Digi International, Inc.,**

**Plaintiff,**

**v.**

**Lantronix, Inc.,**

**Defendant.**

**Civil No. 01-12 06 JRT/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: July 9, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JUL 0 9 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Digi International, Inc.

vs. 01-1206JRT/JGL

Lantronix, Inc.

The above matter has been referred to Magistrate Judge Jonathan G. Lebedoff pursuant to an Order of Recusal by Magistrate Judge Susan R. Nelson. Please note the change in judges initials in the file number above and indicate this changes when submitting pleadings to the court.