420570

# UNITED STATES DISTRICT COURT
## District of Minnesota

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number: 01-cv-1206 (JRT/JGL)**

**Affidavit of Movant**

I, David P. Pearson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice James A. DiBoise, an attorney admitted to practice in all Federal and California State courts, but not admitted to the bar of this court, who will be additional counsel for DEFENDANT, Lantronix, Inc., in the case listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature

Minnesota Attorney License Number: 84712
Law Firm Name & Address: Winthrop & Weinstine
3000 Dain Rauscher Plaza, 60 South Sixth Street
Minneapolis, MN 55402-4430
Telephone: 612 347-0700; Fax: 612 347-0600

**Affidavit of Proposed Admittee**

I, James A. DiBoise, am currently a member in good standing of the U. S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

James A. DiBoise — Type/Print Name
Signature
8/15/01 — Date

Attorney License Number: 083296
Law Firm Name & Address: Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300; Fax: (650) 565-5100

Case Number: 01-cv-1206 (JRT/JGL)
Case Title: Digi Int'l v. Lantronix, Inc.

Judge Assigned: Judge John R. Tunheim

Motion Granted:
For the Court, ~~Francis E. Dosal~~, Clerk

AUG 15 2001

Note: the original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**Saint Paul, Minnesota 55101**

MPL1: 304502-1

FILED AUG 15 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK