422065

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV 1206 (JRT/JGL) Case Title: Digi International, Inc. v Lantronix, Inc.

Affidavit of Movant

I, Ernest W. Grumbles ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Charles Rosenberg , an attorney admitted to practice in the Central District of California ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff xx defendant Lantronix, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 274793 MN Attorney License # — Mar 13, 2002 Date

Affidavit of Proposed Admittee

I, Charles Rosenberg , am currently a member in good standing of the U.S. District Court for Central District of California , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Charles Rosenberg Type/Print Name — [signature] Signature — March 12, 2002 Date

Attorney License Number: 114430
Law Firm Name & Address: Oppenheimer Wolff & Donnelly LLP
2029 Century Park East, Suite 3800
Los Angeles, CA 90067
Telephone: (310) 788-5000

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk — MAR 19 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____