**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION**

| | |
|---|---|
| Digi International, Inc., a Delaware Corporation authorized to do business in Minnesota,<br><br>Plaintiff,<br><br>v.<br><br>Lantronix, Inc., a Delaware Corporation,<br><br>Defendant. | Court File No. 01-CV 1206 (JRT/JGL)<br><br>**STIPULATION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND RELATED COUNTERCLAIM; ORDER THEREON** |

The parties, through their respective attorneys of record, hereby stipulate pursuant to Rule 15(a) of the Federal Rules of Civil Procedure to allowing defendant Lantronix, Inc. to file Defendant Lantronix, Inc.'s First Amended Answer to Plaintiff's Complaint and Related Counterclaim.

Dated: September 13, 2002

By _______________
Cole Fauver, a member of
Robins, Kaplan Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

Attorneys for Plaintiff
DIGI INTERNATIONAL, INC.

Dated: September 12, 2002

By Charles Rosenberg
CHARLES ROSENBERG, a member of
McDermott, Will & Emery
2049 Century Park East, Suite 3400
Los Angeles, California 90067
(310) 277-4110

Attorneys for Defendant LANTRONIX, INC.

**ORDER**

It is so ordered.

Dated: Sept 17, 2002

_______________
JUDGE JOHN R. TUNHEIM

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

LAS99 1244767-1.064608.0011