**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Digi International, Inc., a Delaware Corporation authorized to do business in Minnesota,

Plaintiff,

v.

Lantronix, Inc., a Delaware Corporation,

Defendant.

Court File No. 01-CV 1206 (JRT/JGL)

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Digi International, Inc. and Defendant Lantronix, Inc. stipulate to the dismissal of all claims and counterclaims in this action with prejudice. The parties have executed a Settlement Agreement. The parties agree that each shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

Dated: November 7, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By [signature]
David W. Beehler (#190792)
Cole M. Fauver (#243139)
Misti Nelc (#0296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF DIGI INTERNATIONAL, INC.**

20021829.1

NOV 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 6, 2002.

By Charles Rosenberg

Mark P. Wine
Charles Rosenberg
McDERMOTT, WILL & EMERY
2049 Century Park East
34th Floor
Los Angeles, CA 90067

and

Ernest W. Grumbles
Oppenheimer, Wolff & Donnelly
45 South Seventh St.
Suite 3300
Minneapolis, MN 55402

**ATTORNEYS FOR DEFENDANT LANTRONIX, INC.**

IT IS SO ORDERED.

Dated: Nov 12, 2002.

John R. Tunheim

The Honorable John R. Tunheim

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2002, I caused a true copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL** to be served upon the following attorneys of record:

***Via Facsimile & U.S. Mail***

Ernest W. Grumbles, Esq.
Oppenheimer, Wolff & Donnelly LLP
45 South Seventh Street
Suite 3300
Minneapolis, MN 55402-1609

***Via Facsimile & U.S. Mail***

Mark P. Wine, Esq.
McDermott, Will & Emery
2049 Century Park East
34th Floor
Los Angeles, CA 90067

Misti Nelc